UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ERVIN LARRY SMITH,

        Petitioner,

    v.

OREGON BOARD OF PAROLE AND
POST-PRISON SUPERVISION,

        Respondent.

ORDER

Civil No.  05-1364-PK

HAGGERTY, Chief Judge:

      Magistrate Judge Papak referred to this court a Findings and Recommendation [44] in this matter.  The Findings and Recommendation recommends denying the Petition for Writ of Habeas Corpus [1], and entering judgment dismissing this case with prejudice.  Petitioner filed timely objections to the findings on his ex post facto and due process claims, relying on the same arguments that were presented to Judge Papak.

When a party objects to any portion of a Findings and Recommendation, the district court must conduct a de novo review. 28 U.S.C. § 636(b)(1)(B); *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Here, the court has performed a de novo review, evaluated the Findings and Recommendation, the objections, and the entire record. After this review, the court adopts the Findings and Recommendation.

The court adopts the Findings and Recommendation [44]. The Petition for Writ of Habeas Corpus [1] is DENIED.

IT IS SO ORDERED.

DATED this  6th  day of November, 2007.


　　　　　　　　　　　　　　   /s/ Ancer L. Haggerty
　　　　　　　　　　　　　　　　Ancer L. Haggerty
　　　　　　　　　　　　　　 United States District Judge